UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY LAMELL EZELL,

               Petitioner,

      v.

UNITED STATES OF AMERICA,

               Respondent.

No: C17-0255RSM
   (CR05-273RSM)

ORDER GRANTING PETITIONER'S
MOTION FOR LEAVE TO FILE AN
OVERLENGTH REPLY MEMORANDUM

This matter comes before the Court upon the motion of the petitioner, Terry L. Ezell,
seeking leave to file overlength reply memorandum, and having reviewed petitioner's motion
(Dkt. #11), and having considered the same, this Court hereby orders as follows:

Petitioner's motion to file overlength reply memorandum is granted. Petitioner is
granted leave to file the following overlength pleading:

> *Petitioner's Reply In Support Of The Motion Under 28 U.S.C. § 2255 To Vacate, Set
> Aside Or Correct A Sentence*, which is no more than 46 pages in length, excluding
> the exhibit and the certificate of service.

DATED this 13 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net

Presented by:

*s/ Jonathan S. Solovy*

_____
Jonathan S. Solovy, WSBA #16622
Law Office of Jonathan S. Solovy, PLLC
Attorney for Terry L. Ezell

705 Second Avenue, Suite 1300
Seattle, WA 98104-1741
Telephone: (206) 388-1090
Facsimile: (206) 623-2186
E-mail: solovylaw@earthlink.net

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Law Office of Jonathan S. Solovy, PLLC**
705 Second Avenue, Suite 1300
Seattle, Washington 98104-1741
(206) 388-1090
solovylaw@earthlink.net